# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D17-5310

————————————————

CHRISTOPHER H. PERRITT,

   Appellant,

   v.

MARY GLENN PERRITT,

   Appellee.

————————————————

On appeal from the Circuit Court for Franklin County.
Terry Lewis, Judge.

April 30, 2019

PER CURIAM.

   AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Christopher H. Perritt, pro se, Appellant.

Mary Glenn Perritt, pro se, Appellee.